# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Apexus LLC | 12/7/2022 | 266364 | Check | $ 64,019.30 |
| Akorn Operating Company, LLC | Apexus LLC | 1/23/2023 | 266972 | Check | $ 85,763.28 |
| | | | | | $ 149,782.58 |