**Exhibit A**

*Amended* **Schedule of Settlements Subject to Notice of Settlement Provisions**

| **Amended[1] Schedule of Settlements Subject to Notice of Settlement Provisions** | | | | |
|---|---|---|---|---|
| **Name** | **Gross Amount Demanded** | **Settlement Amount[2]** | **Adversary Number** | **Asserted Defenses/ Settlement Summary[3]** |
| AEP Energy Inc. | $242,979.06 | $1,000.00 | 25-50228 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4), and an asserted exemption to recovery pursuant to section 546(e). |
| **AFLAC Premium Holding** | **$79,106.20** | **$1,500.00** | **25-50096** | ***Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4).*** |
| Alcami Corporation | $42,790.69 | $14,000.00 | 25-50229 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Amphenol Thermometrics Inc. | $11,146.15 | $1,500.00 | 25-50294 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Apexus LLC | $149,782.58 | $85,000.00 | 25-50100 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Ashland Specialty Ingredients GP | $130,015.40 | $40,000.00 | 25-50102 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Dahl Compliance | $67,006.25 | $26,500.00 | 25-50126 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1] Amendments to the original Exhibit A attached to the Notice are in bolded italicized font.
[2] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

| | | | | |
|---|---|---|---|---|
| Evisort Inc. | $19,375.00 | $8,500.00 | 25-50275 | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Eye Med Vision Care – Fidelity | $21,767.96 | $5,000.00 | 25-50276 | Settlement amount is at least 63% of the estimated net preference liability after accounting for a defense under 547(c)(2). |
| *Freyr, Inc.* | *$39,300.00* | *$28,627.00* | *25-50154* | *Settlement amount is at 73% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4).* |
| Gentinge USA Sales LLC | $10,036.00 | $6,000.00 | 25-50277 | Settlement amount is at least 56% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| IMCD Group | $68,253.46 | $500.00 | 25-50144 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Lentz Milling Company LLC | $18,819.00 | $12,500.00 | 25-50288 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Oxford Global Resources LLC | $14,560.00 | $7,956.00 | 25-50303 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Stantec Consulting Services, Inc | $32,335.00 | $14,000.00 | 25-50209 | Settlement amount is at least 67% of the estimated net preference liability after accounting for a defense under 547(c)(2). |
| Sterigenics U.S. LLC, Nelson Laboratories | $363,243.63 | $65,000.00 | 25-50332 | Settlement amount is at least 80% of the estimated net preference liability after |

---

[3]     Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

3

| | | | | |
|---|---|---|---|---|
| Boseman LLC, and Nelson Labs Fairfield, Inc. Sotera Health Companies | | | | accounting for defenses under 547(c)(2) and (c)(4). |
| Steriline North America Inc | $48,791.87 | $15,000.00 | 25-50119 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Steris Isomedix Services, Inc. and Steris Corp. | $52,007.17 | $1,000.00 | 25-50329 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |